McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Henry H Kim
Nevada Bar No. 14390
  *henry.kim@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO Advantage Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER SAVI,<br><br>                Plaintiff,<br><br>        v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>                Defendants. | Case No. 2:22-cv-00706-JCM-BNW<br><br>**STIPULATION AND ORDER TO STAY LITIGATION** |

   Plaintiff, Jennifer Savi, and Defendant, GEICO Advantage Insurance Company ("GEICO"), hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

   1. The parties have agreed to mediate this case.

   2. The Parties have agree to stay the litigation in this case, including all proceedings and discovery, pending mediation.

   3. The parties believe that the mediation has a high chance of success, and in an effort to be as efficient as possible, in terms of both time and expenses, would like to refrain from conducting expensive and time-consuming discovery while the mediation is pending. The parties

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-00706-JCM-BNW
STIPULATION AND ORDER TO STAY LITIGATION

have identified potential mediators and will be conducting the mediation on or before August 30, 2022. If the mediation is successful, the case will be resolved in its entirety.

4. This matter be stayed in its entirety until September 2, 2022.

5. That on or before September 3, 2022, the parties will submit a joint status report to the Court indicating the result of the mediation and either proposing a discovery plan and scheduling order or a schedule for completion of the settlement.

IT IS SO MOVED AND STIPULATED:

DATED this 11th day of May, 2022

HALE INJURY LAW

By     /s/ Christian N. Griffin
Leila L. Hale, Nevada Bar No. 7368
Christian N. Griffin, Nevada Bar No. 10601
1661 W. Horizon Ridge Parkway, Ste. 200
Henderson, NV 89012
Tel. (702) 736-5800
*Attorneys for Plaintiff*

DATED this 11th day of May, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By     /s/ Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Frank A. Toddre, II, Nevada Bar No. 11474
Henry H. Kim, Nevada Bar No. 14390
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
*Attorneys for Defendant*

## **ORDER**

IT IS HEREBY ORDERED that this matter be stayed. DATED this 1st day of June, 2022.

UNITED STATES DISTRICT JUDGE

8400879.1