McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Henry H Kim
Nevada Bar No. 14390
  *henry.kim@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO Advantage Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER SAVI, | Case No. 2:22-cv-00706-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GEICO ADVANTAGE INSURANCE COMPANY; DOES I - X, and ROE CORPORATIONS I - X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:22-cv-00706-JCM-BNW
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Jennifer Savi. GEICO Advantage Insurance Company</u>
Case No. 2:22-cv-00548-JAD-NJK

Each party will bear their own costs and attorney's fees.

DATED this 30 day of August, 2022

HALE INJURY LAW

By _____
Leila L. Hale, Nevada Bar No. 7368
Christian N. Griffin, Nevada Bar No. 10601
1661 W. Horizon Ridge Parkway, Ste. 200
Henderson, NV 89012
Tel. (702) 736-5800
*Attorneys for Plaintiff*

DATED this 31st day of August, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By    /s/ Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Frank A. Toddre, II, Nevada Bar No. 11474
Henry H. Kim, Nevada Bar No. 14390
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

DATED September 7, 2022

_____
UNITED STATES DISTRICT JUDGE

8600849.1